## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **SUSAN VERES,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **v.** ) | Civil Action No. 11-0304 (ESH) |
| ) | |
| **BANK OF AMERICA CORP.,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

## ORDER DISMISSING CASE

On February 11, 2011, the defendant Bank of America filed a motion to dismiss the complaint [dkt. #3]. This court issued an order directing the plaintiff, Susan Veres, to respond to the motion to dismiss no later than March 14, 2011, and informing her that if she did not timely respond, the motion could be deemed conceded. (Order, Feb. 14, 2011 [dkt. #4].) Plaintiff has not filed any response to defendant's motion to dismiss. Accordingly, it is hereby

**ORDERED** that the defendant's motion to dismiss [dkt #3] is **GRANTED** as conceded.


        /s/
ELLEN SEGAL HUVELLE
United States District Judge

Date: March 21, 2011